490 A.2d 437

**In re Claim of Michael MILBOURNE, etc.**

**v.**

**COMMONWEALTH of Pennsylvania, Pennsylvania Crime
Victim's Compensation Board.**

**Appeal of Michael MILBOURNE.**

Supreme Court of Pennsylvania.

Argued April 16, 1985.

Decided April 23, 1985.

David B. Sherman, Philadelphia, for appellant.

Gregory R. Neuhauser, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-
MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM

Appeal dismissed as having been improvidently granted.